UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PATINO,<br><br>  Petitioner,<br><br>  v.<br><br>BRANDON PRICE,<br><br>  Respondent. | No. 1:24-cv-00240-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF MANDATE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 6) |

      Petitioner Phillip Patino is a state civil detainee proceeding pro se with a petition for writ of mandate. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed for lack of jurisdiction. Doc. 6. The findings and recommendations were served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendations. *Id.* To date, no objections have been filed, and the time for doing so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the file, the court holds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly:

1. The findings and recommendations issued on May 7, 2024, Doc. 6, are ADOPTED IN FULL;
2. The petition for writ of mandate is DISMISSED; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   September 30, 2024

_____
UNITED STATES DISTRICT JUDGE